No. 325.   PALMER ET AL., TRUSTEES, *v.* PALMER ET AL., TRUSTEES.

Decided January 9, 1939.   *Per Curiam:* The petition for writ of certiorari in this case is granted, limited to the first question presented by the petition.   The decree of the Circuit Court Appeals is reversed in that particular and the cause is remanded to the District Court for further proceedings in conformity with the opinion of this Court in case No. 63, *Connecticut Railway & Lighting Co.* v. *Palmer, ante,* p. 493.   MR. JUSTICE BRANDEIS took no part in the consideration and decision of this case.   *Messrs. Robert G. Dodge* and *Talcott M. Banks, Jr.* for petitioners.   *Messrs. James Garfield* and *Hermon J. Wells* for respondents.

No. —.   BUNDY *v.* UNITED STATES.   January 9, 1939. Application denied.